UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
JAMES MALONE; ESTHER MARK; SELBY  :
MARTELLO; WENDELLYN MARTIN; KAREN
MARTIN; ALICE MARTIN; SANDRA      :
MATHERNE; MELLISSA MATNEY; EARL
MAYER; SUSAN MCALLISTER; SONJIA   :
MCCOY; MURIEL MCCULLOUGH; RACHEL
MCGARITY; KARYL MCGRAW; SARA      :
MCKEE; PATRICIA MCKEE; CONNIE
MCNABB; JAMES MCTURSH, JR.; BETTY :
MEADOWS; DOROTHY METCALF,
                                  :
       Plaintiffs,                     Civil Action
v.                                :    No. 04-11205-GAO
                                  :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME  :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,  :
                                  :
       Defendants.
---------------------------------- x

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: September 2, 2004  
      Boston, Massachusetts

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Counsel for Defendant  
Indevus Pharmaceuticals, Inc.